Olney, Beatrice Rosenberg and Richard J. Blanchard for the United States.

No. 250.   NATIONAL LABOR RELATIONS BOARD v. BABCOCK & WILCOX CO.   C. A. 5th Cir.   Certiorari granted. Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling and Dominick L. Manoli for petitioner.   O. B. Fisher for respondent.

No. 251.   NATIONAL LABOR RELATIONS BOARD v. SEAMPRUFE, INC. (HOLDENVILLE PLANT).   C. A. 10th Cir. Certiorari granted.   Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling and Dominick L. Manoli for petitioner.   Howard Lichtenstein and Karl H. Mueller for respondent.

No. 257.   SOUTHERN PACIFIC CO. v. GILEO ET AL.   Supreme Court of California.   Certiorari granted.   Arthur B. Dunne and Horace B. Wulff for petitioner.   Clifton Hildebrand for Gileo, Nathaniel S. Colley for Moreno et al., and Archibald Marison Mull, Jr. for Eufrazia, respondents.

No. 286.   COMMISSIONER OF INTERNAL REVENUE v. SOUTHWEST EXPLORATION CO.   C. A. 9th Cir.   Certiorari granted.   Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack and Hilbert P. Zarky for petitioner.   Melvin D. Wilson and Joseph D. Peeler for respondent.

No. 287.   UNITED STATES v. HUNTINGTON BEACH CO. Court of Claims.   Certiorari granted.   Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack and Hilbert P. Zarky for the United States.   Fran-